USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-19-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELEANOR BOLDEN as mother and next friend of
HERMAN JABAR ROBINSON, KIMEKA
ROBINSON, and DOLPHINE JACKSON as
mother and next friend of JEROME JACKSON
and DEVON JACKSON,

        Plaintiffs,

- against -

THE CITY OF NEW YORK,
JOHN DOE POLICE OFFICERS, and
JOHN ROE POLICE OFFICERS,

        Defendants.

------------------------------------------------------------x

No. 05 Civ. 2504 (CBM)

**ORDER**

    The above-captioned matter was recently assigned to this Court. The parties are hereby ORDERED TO APPEAR for a pre-trial conference on May 17, 2005, at 11:30 a.m., in Room 2540 of the United States Courthouse at 500 Pearl Street, New York, New York. The purpose of this conference is to discuss the status of the case and to set a schedule for discovery and trial.

    **All parties are required to familiarize themselves thoroughly, and comply, with this court's individual practices. Copies are available in chambers or on the court's website, http://www.nysd.uscourts.gov/judges/USDJ/motley.htm.**

Dated:    April 19, 2005
            New York, New York

SO ORDERED.

_Constance Baker Motley_
CONSTANCE BAKER MOTLEY
United States District Judge